

AO 91 (Rev. 6/95) Criminal Complaint

# United States District Court

JUL 2 5 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

___CENTRAL___ DISTRICT OF ___ILLINOIS___

UNITED STATES OF AMERICA

v.

LAZARO MARTINEZ-JAMIE

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-MJ- 3045

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 23, 2008__ in __Sangamon__ County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

enter, or was found in, the United States without the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, after having previously been deported from the United States

in violation of __8__ United States Code, Section(s) __1326 (a) & (b)(1)__

I further state that I am a(n) __Immigration and Customs Enforcement Special Officer__ and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes   No

Stephen J. Westover

Name of Complainant

s/ Stephen J. Westover

Signature of Complainant

Sworn to before me and subscribed in my presence,

July 25, 2008  10 Am   at   Springfield, Illinois

Date                                         City and State

Byron G. Cudmore
United States Magistrate Judge

Name & Title of Judicial Officer

s/ Byron G. Cudmore

Signature of Judicial Officer

AFFIDAVIT

I, Stephen J. Westover, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Special Agent (SA) with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency since July 15, 2007. I am currently assigned to the Springfield, Illinois ICE Office.

2. In my duties, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities which constitute the illegal reentry of aliens who have previously been removed from the United States.

3. This affidavit is made in support of a criminal complaint charging LAZARO MARTINEZ-JAIME with the offense of Illegal Reentry After Deportation in violation of Title 8, United States Code, Section 1326. A warrant for the arrest of the defendant is requested.

4. On July 23, 2008 ICE Agents Mike Mitchell and Stephen Westover were conducting surveillance at 13 West Grand Court, Springfield, Illinois, based on information they had learned through the investigation of Jose Ruiz-Varillas, who was charged in a criminal complaint on July 22, 2008 with Illegal Reentry After Deportation.

5. At approximately 0936 hours CST, ICE Agents Mitchell and Westover encountered LAZARO MARTINEZ-JAIME leaving the residence at 13 West Grand Court, Springfield, Illinois. The ICE Agents stopped MARTINEZ-JAIME. MARTINEZ-JAIME admitted that he was born in Mexico and stated that his immigration papers were in the residence. MARTINEZ-JAMIE then turned and ran from the Agents. Agents apprehended MARTINEZ-JAMIE and he admitted that he was present in the United States without immigration documentation. After determining that he was an illegal alien, the agents arrested MARTINEZ-JAIME and transported him to the RAC Springfield Office for processing.

MARTINEZ-JAIME was provided his Miranda warning of rights. MARTINEZ-JAIME stated that he understood these rights, and he agreed to waive said rights and answer questions.

6.  MARTINEZ-JAIME claims that he is a native and citizen of Mexico, and that he last entered the U.S. on 05/25/08 afoot through Laredo, Texas. He makes no claim to U.S. Citizenship or Lawful Permanent Resident (LPR) status. There have been no applications for Immigration benefits filed on behalf of MARTINEZ-JAIME. There is no information contained in ICE databases to show that MARTINEZ-JAIME ever sought or obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to apply for readmission into the United States.

7.  The fingerprint impressions of MARTINEZ-JAIME were submitted to the FBI via IAFIS and this revealed that MARTINEZ-JAIME (FBI# 90413RB7) is a previously deported felon. SA Westover conducted record checks of ICE databases and determined that MARTINEZ-JAIME was previously removed from the U.S. to Mexico three times: on 04/30/2002 via Laredo, Texas; on 08/17/2004 via Laredo, Texas; and on 07/20/2007 via El Paso, Texas.

8.  MARTINEZ-JAIME was convicted for the offense of Possession of Fraudulent ID Card Capable of Defrauding Another, a Class 3 felony, on 09/15/2006 in the Lake County Circuit Court in Illinois; MARTINEZ-JAIME was sentenced to 100 days imprisonment and 12 months conditional discharge. On 05/02/2007, MARTINEZ-JAIME was convicted for the offense of Possession of Fraudulent ID Card, a Class 4 felony, in the Lake County Circuit Court in Illinois; MARTINEZ-JAIME was sentenced to 1 year imprisonment. MARTINEZ-JAIME was subsequently deported to Mexico on 07/20/2007.

9.  LAZARO MARTINEZ-JAIME is in the United States in violation of Title 8, United States Code, Section 1326. This violation occurred in Springfield, Illinois within the Central District of Illinois.

s/ Stephen J. Westover

---

Stephen J. Westover, Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me on
this 25th day of July, 2008 at  10 Am  .

s/ Byron G. Cudmore

---

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

3