**E-FILED**
Tuesday, 29 July, 2008 02:40:36 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 08-M- 3045 |
| **LAZARO MARTINEZ-JAMIE,** | ) | |
| | ) | |
| Defendant | ) | |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Lazaro Martinez-Jamie, and bring him forthwith to the nearest magistrate judge to answer a Complaint charging him with illegal reentry of a removed alien, in violation of Title 8, United States Code, Sections 1326(a) & (b)(1).

Byron G. Cudmore
Name of Judicial Officer

**United States Magistrate Judge**
Title of Judicial Officer

/s/ Byron G. Cudmore

July 25, 2008 at Springfield, Illinois
Date and Location

Signature of Judicial Officer

*RECEIVED 2008 JUL 25 P 3:16 US MARSHALS SERVICE CENTRAL ILLINOIS*

Bail fixed at $ **No Bail** by **Byron Cudmore**.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at **Springfield**

| Date Received 07/25/08 | Name of Arresting Officer **Steve Westover** | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 07/29/08 | Title of Arresting Officer **ICE** | |

Martinez-Jamie Arrest Warrant.frm